IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

HERNAN A CRUZ SANCHEZ
JONAYRA MARTINEZ VAZQUEZ

CASE NO. 10-03169-EAG

CHAPTER 13

DEBTOR(S)

## NOTICE OF WITHDRAWAL
### REPORT ON UNCLAIMED MONIES. ULPIANO TORRES VELEZ, $310.42

**TO THE HONORABLE COURT:**

Comes now Alejandro Oliveras Rivera, Chapter 13 Trustee and very respectfully states and prays:

1. In the present case, the Trustee filed a/an REPORT ON UNCLAIMED MONIES. ULPIANO TORRES VELEZ, $310.42 (docket#74) on 10/16/2012.

2. Trustee hereby withdraws the above mentioned document.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid to debtor(s) at the address of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 10/16/2012.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521

CAC - CHERNANDEZ

10-03169-EAG                              CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| GERARDO SANTIAGO PUIG* | POPULAR LEASING |
| --- | --- |
| DORAL BANK PLAZA SUITE 801 | C/O ONEIDA PEREZ ACOSTA, ESQ. |
| 33 CALLE RESOLUCION | PO BOX 366818 |
| SAN JUAN, PR  00920 | SAN JUAN, PR  00936 |

HERNAN A CRUZ SANCHEZ and JONAYRA MARTINEZ VAZQUEZ
BOX 8155
MAYAGUEZ, PR  00681

DATED:   October 16, 2012

/S/MARIO MATOS
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1        - CASE NO   10-03169-EAG