IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| | CASE NO. 10-03169 EAG |
| HERNAN A CRUZ SANCHEZ | Chapter 13 |
| JONAYRA MARTINEZ VAZQUEZ | |
| | |
| XXX-XX-5198 | |
| XXX-XX-2295 | |
| | **FILED & ENTERED ON 05/02/2013** |
| Debtor(s) | |

ORDER

The motion to withdraw unclaimed funds in the amount of $2356.40 filed by Ulpiano Torres Velez (docket #82) is hereby denied for failure to comply with PR LBR 3011-1(b)(2)(B).

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 2nd day of May, 2013.

Edward A Godoy
U.S. Bankruptcy Judge

C:   DEBTORS
     GERARDO L SANTIAGO PUIG
     ALEJANDRO  OLIVERAS RIVERA