IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

HERNAN A CRUZ SANCHEZ

JONAYRA MARTINEZ VAZQUEZ

XXX-XX-5198

XXX-XX-2295

Debtor(s)

CASE NO. 10-03169 EAG

Chapter 13

**FILED & ENTERED ON 06/17/2013**

### ORDER GRANTING WITHDRAWAL OF MOTION

Banco Popular de Puerto Rico's motion withdrawing (docket entry #94):

    [ ] the motion to dismiss

    [ ] the objection to claim #   filed by

    [X] the motion to lift stay (docket #89),

    [ ] the legal representation of

is hereby granted. The hearing scheduled for 07/09/2013 at 9:30 A. M. (docket #89), is hereby VACATED and SET ASIDE.

IT IS SO ORDERED.

Ponce, Puerto Rico, this 17 day of June, 2013.

                              Edward A Godoy
                            U. S. Bankruptcy Judge

C: DEBTOR(S)
    GERARDO L SANTIAGO PUIG
    ALEJANDRO OLIVERAS RIVERA
    BANCO POPULAR DE PUERTO RICO