8590151

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>HERNAN A. CRUZ SANCHEZ AND<br>JONAYRA MARTINEZ VAZQUEZ<br>                                  Debtor(s)<br>BANCO POPULAR DE PUERTO RICO<br>       Movant(s)<br><br>HERNAN A. CRUZ SANCHEZ AND<br>JONAYRA MARTINEZ VAZQUEZ<br>Alejandro Oliveras Rivera, Chapter 13 Trustee<br>       Respondent(s) | CASE NO. 10-03169-EAG<br><br>CHAPTER 13<br><br><br>INDEX |

## MOTION TO WITHDRAW MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR ORDER VACATING PRELIMINARY HEARING

**TO THE HONORABLE COURT:**

Comes now secured creditor Banco Popular de Puerto Rico ("BPPR"), through its undersigned counsel and very respectfully states and requests:

1. On June 7, 2013, BPPR filed its Motion for Relief from Automatic Stay as to Loan No. 8590151 ("BPPR's Motion") (Docket No. 85).

2. The preliminary hearing on BPPR's Motion has been scheduled for July 2, 2013, at 9:30 p.m.

3. BPPR has informed the undersigned that Debtors have cured their post petition arrears, including late charges, legal costs and attorney's fees.

**WHEREFORE,** it is respectfully requested that this Court takes notice of the above, that BPPR's Motion be deemed withdrawn, without prejudice, and that an order be entered vacating and setting aside the preliminary hearing scheduled for July 2, 2013.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants including but not limited to Monsita

Lecaroz Arribas, Esq., Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee, and Debtors' Attorney, Gerardo L. Santiago Puig, Esq.

Ponce, Puerto Rico, this 18th day of June, 2013.

/s/José A. Moreda del Valle
José A. Moreda del Valle, Esq.
USDC-PR 229401

**PARRA, DEL VALLE & LIMERES**
Attorneys for Movant
PO Box 331429
Ponce, Puerto Rico 00733-1429
Tel. (787) 848-4900
Fax (787) 848-5005
Email: bankruptcy@pdvl.com