IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

HERNAN A CRUZ SANCHEZ

JONAYRA MARTINEZ VAZQUEZ

XXX-XX-5198

XXX-XX-2295

Debtor(s)

CASE NO. 10-03169 EAG

Chapter 13

**FILED & ENTERED ON 06/20/2013**

## ORDER GRANTING WITHDRAWAL OF MOTION

Banco Popular de Puerto Rico's motion withdrawing (docket entry #96):

[ ] the motion to dismiss

[ ] the objection to claim #   filed by

[X] the motion to lift stay (docket #85),

[ ] the legal representation of

is hereby granted. The hearing scheduled for 07/02/2013 at 9:30 A. M. (docket #85), is hereby VACATED and SET ASIDE.

IT IS SO ORDERED.

Ponce, Puerto Rico, this 20 day of June, 2013.

Edward A Godoy
U. S. Bankruptcy Judge

C:   DEBTOR(S)
     GERARDO L SANTIAGO PUIG
     ALEJANDRO OLIVERAS RIVERA
     BANCO POPULAR DE PUERTO RICO