# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | CASE NO. 10-03169 |
| Herman A. Cruz Sanchez and Jonayra Martinez Vazquez | Chapter 13 |
| Debtor(s) | |

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

**TO THE HONORABLE COURT:**

**NOW APPEARS** petitioner Ulpiano Torres Velez, Last Four Digits of SSN/EIN 6601, 276 Calle Claudio Carrero, Mayaguez, PR 00682, through the undersigned counsel and respectfully request pursuant to Puerto Rico Local Bankruptcy Rule 3011 (b), states that petitioner became entitled to receive $3,223.10 as distributions in the above-entitled case, and now appears on the records of this Court as the owner of said funds. The amounts requested are being held in the Treasury of the United States as unclaimed funds.

Petitioner represents that it is entitled to receive the requested funds based upon Petitioner is the owner.

Petitioner submits with this petition the documentation attached in Exhibit A as proof of the Petitioner's identity and status, and the owner's claim entitlement.

Therefore, we inform the Court and the Trustee that Petitioner's postal address for the receipt of disbursement is the following: 35308 SE Center St., Snoqualmie, WA 98065.

**WHEREFORE**, it is respectfully requested that the Court take notice of the foregoing and requests that it enter an order directing payment of the unclaimed funds to the Petitioner, in accordance with the documents and information submitted in support of this petition.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 28th day of June, 2013.

**CERTIFICATION OF SERVICE:**

I hereby certify that the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

I hereby certify that on this date a true and correct copy has been served through regular mail to the debtor, debtor's attorney, the trustee, the United States Trustee and the United States Attorney at the addresses of record with this honorable Court if such are not registered in the use of the CM/ECF system.

**LOPEZ SANCHEZ PIRILLO & HYMOVITZ LLC**
*Attorney for Petitioner*
P. O. Box 11917
San Juan, Puerto Rico 00922-1917
Tel.: (787) 522-6776
Fax: (787) 522-6777
E-mail: mpirillo@lsphlaw.com

By: s/ Eugenio Martín Pirillo Favot
Eugenio Martín Pirillo Favot
USDC-PR No. 219214

*Exhibit A*

# United States Bankruptcy Court
# District of Puerto Rico

## Unclaimed Funds Query

| Unclaimed Funds | | | |
|---|---|---|---|
| **Case Number:** | 10-03169 | **Total:** | 3223.10 |
| **Debtor Name:** | HERNAN A CRUZ SANCHEZ | **Paid:** | 0.00 |
| **First Name:** | **Middle Name:** | **Balance:** | 3223.10 |
| Creditors | | | |
| **Last Name** | **First Name** | **Amount** | **Paid** |
| TORRES VELEZ | ULPIANO | 2928.19 | |
| TORRES VELEZ | ULPIANO | 294.91 | |



B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|
| Name of Debtor: HERNAN CRUZ   JONAYRA TORRES VELEZ | Case Number: 10-03169-MCF |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**ULPIANO TORRES VELEZ**

Name and address where notices should be sent:

SEGISMUNDO LOPEZ RODRIGUEZ
#106 VAZQUEZ BAEZ ST., MAYAGUEZ, PR  00680

Telephone number: 787-381-6970

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:**    $ **40,000.00**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** MEDICAL MALPRACTICE
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 5196

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| Date: 08/20/2010 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.   SEGISMUNDO LOPEZ RODRIGUEZ, ESQ. | FOR COURT USE ONLY |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Exhibit  A

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE MAYAGUEZ
SALA SUPERIOR

| | |
|---|---|
| ULPIANO TORRES VELEZ<br>DEMANDANTE | CIVIL NÚM: ISCI200800611<br>207 |
| VS. | SOBRE: |
| DR. HERNAN CRUZ, su esposa<br>JANE DOE y la SOCIEDAD LEGAL<br>DE GANANCIALES compuesta por ambos.<br>DR. RAÚL GARCIA RINALDI, su esposa<br>JUANA DEL PUEBLO y la SOCIEDAD<br>LEGAL DE GANANCIALES compuesta<br>por ambos.<br>COMPAÑIAS ASEGURADORAS<br>DESCONOCIDAS; TERCEROS<br>DEMANDADOS DESCONOCIDOS<br>DEMANDANTES | DAÑOS Y PERJUICIOS |

**DEMANDA**

**AL HONORABLE TRIBUNAL:**

Comparece la parte demandante, representada por el abogado que suscribe y muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1. Que la parte demandante *Ulpiano Torres Vélez*, es mayor de edad y su dirección residencial es la siguiente: Carr. 348, KM 6.4 Interior, bo. Malezas, Mayaguez, Puerto Rico y la postal es: HC-02 box 23377 Mayaguez, Puerto Rico 00680.

2. Los doctores Hernán Cruz, Raúl García Rinaldi tienen su oficina en Centro Médico de Mayaguez y este Tribunal adquiere jurisdicción ya que los hechos ocurrieron en Mayaguez.

3. El día 27 de abril de 2005 la parte demandante Ulpiano Torres Vélez fue operado por los doctores Hernán Cruz y Raúl García Rinaldi en el Advanced Cardiology Center de Mayaguez y le dejaron un cable en su pecho y tuvo que ser sometido a una segunda operación para removerle dicho cable; los doctores Hernán Cruz y Raúl García Rinaldi le prestan servicios al Advanced Cardiology Center y la operación se realizó en dicho lugar.

4. Como resultado de haberle dejado ese pedazo de alambre en su pecho la parte demandante, Sr. Ulpiano Torres Vélez ha sufrido angustias y sufrimientos físicos y emocionales como resultado de la segunda operación que no hubiese sido necesaria a no ser por la negligencia de los doctores Hernán Cruz y Raúl García Rinaldi quienes fueron los que le hicieron la primera operación. A esta fecha al Sr. Ulpiano Torres Vélez se le ha desarollado una hernia y la herida esta abierta.

Exhibit _A_

5. La negligencia es el resultado de la mala práctica de la medicina de los doctores que intervinieron en la operación.

6. La parte demandante Ulpiano Torres Vélez valora sus angustias y sufrimientos físicos y emocionales en la suma de $ 90,000.00.

7. Las alegaciones de la demanda se reproducen contra las Compañías Aseguradoras desconocidas, Terceros demandados desconocidos y la Sociedad Legal de Gananciales de los demandados ya que cuando operarón estaban trabajando para la Sociedad Legal de Gananciales.

POR TODO LO CUAL, muy respetuosamente se solicita de este Honorable Tribunal que en día declare CON LUGAR la presente demanda y condene a la parte demandada solidaria y incomunadamente a pagar a la parte demandante la suma aquí reclamada, así como las costas, stos y honorarios de abogado.

RESPETUOSAMENTE SOMETIDO en Mayaguez, Puerto Rico a 10 de abril de 2008.

LCDO SEGISMUNDO LOPEZ RODRIGUEZ
COLEGIADO NÚM. 4,377
CALLE DR. MARTINEZ GUASP # 54
MAYAGUEZ, PR. 00680

Exhibit __A__