IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| HERNAN A CRUZ SANCHEZ | CASE NUMBER: 10-03169-EAG |
| JONAYRA MARTINEZ VAZQUEZ | |
| Debtor(s) | CHAPTER 13 |

## TRUSTEE'S REPORT REGARDING UNCLAIMED FUNDS

**TO THE HONORABLE COURT:**

COMES NOW, ALEJANDRO OLIVERAS RIVERA, Standing Chapter 13 Trustee, and very respectfully states and prays:

    1. The Trustee has in his possession funds destined for a creditor as detailed below:

| | Check Amountt |
|---|---|
| ULPIANO TORRES VELEZ<br>SEGISMUNDO LOPEZ RODRIGUEZ<br>#106 VAZQUEZ BAEZ ST.<br>MAYAGUEZ, PR 00680 | $589.80 |

    2. The Trustee holds the mentioned funds since creditor(s) failed to claim them. Once these funds are deposited with the Court, a final report and account will be filed.

    WHEREFORE, for the reasons stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number 2115558.

    RESPECTFULLY SUBMITTED.

    In San Juan, Puerto Rico, this 7/11/2013

    CERTIFICATE OF SEVICE: I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using an ECF/CM System which sends notification of such filing to counsel for debtor(s) if an ECF/CM user. I further certify that I have served this notice by depositing true and correct copy thereof in the United States Mail, postage prepaid, to the non an ECF/CM participants: debtor(s) and upon the above referred creditor(s) to their address(es) of record, if not an ECF/CM user.

/s/Alejandro Oliveras Rivera

Alejandro Oliveras Rivera
Chapter 13 Trustee
PO Box 9024062
San Juan, PR 00902-4062
TEL. 787-977-3500
FAX 787-977-3521