United States Bankruptcy Court
District of Puerto Rico

In re:
HERNAN A CRUZ SANCHEZ
JONAYRA MARTINEZ VAZQUEZ
        Debtors

Case No. 10-03169-EAG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0104-2         User: admin                Page 1 of 1                 Date Rcvd: May 06, 2014
                             Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 2974959        E-mail/Text: rudgarcia@bppr.com May 06 2014 20:02:29      BANCO POPULAR DE PUERTO RICO,
                BANKRUPTCY DEPARTMENT,    PO BOX 366818,   SAN JUAN PR 00936-6818
                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2014                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2014 at the address(es) listed below:
              ALEJANDRO   OLIVERAS RIVERA    aorecf@ch13sju.com
              ALEJANDRO   OLIVERAS RIVERA (DAT)    on behalf of Trustee ALEJANDRO   OLIVERAS RIVERA
               aorecf@ch13sju.com,   aorecf2@ch13sju.com
              ALEJANDRO   OLIVERAS RIVERA (ENO)    on behalf of Trustee ALEJANDRO   OLIVERAS RIVERA
               enogueras@ch13sju.com
              ALYS M COLLAZO BOUGEOIS    on behalf of Creditor    BANCO POPULAR PR bankruptcy@pdvl.com
              EUGENIO MARTIN PIRILLO FAVOT    on behalf of Creditor ULPIANO   TORRES VELEZ mpirillo@phgslaw.com,
               mpirillo7@yahoo.com;msoltero@phgslaw.com;ssosa@phgslaw.com
              GERARDO L SANTIAGO PUIG    on behalf of Joint Debtor JONAYRA   MARTINEZ VAZQUEZ
               gsantiagopuig@gmail.com
              GERARDO L SANTIAGO PUIG    on behalf of Debtor HERNAN A CRUZ SANCHEZ gsantiagopuig@gmail.com
              JOSE A MOREDA DEL VALLE    on behalf of Creditor    BANCO POPULAR PR bankruptcy@pdvl.com
              MIGDALIA   EFFIE GUASP    on behalf of Creditor    BANCO POPULAR PR megbky@bppr.com,
               migdalia.guasp@popular.com
              MIRIAM D SALWEN ACOSTA    on behalf of Trustee ALEJANDRO   OLIVERAS RIVERA aorecf@ch13sju.com
              MONSITA   LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              OSMARIE   NAVARRO MARTINEZ    on behalf of Trustee ALEJANDRO   OLIVERAS RIVERA aorecf@ch13sju.com
              VERONICA   DURAN CASTILLO    on behalf of Creditor    POPULAR AUTO vduran@bppr.com,
               duranvero@gmail.com
              VERONICA   DURAN CASTILLO    on behalf of Creditor    BANCO POPULAR PR vduran@bppr.com,
               duranvero@gmail.com
                                                                                                TOTAL: 14

**210B (12/09**)

# United States Bankruptcy Court

District of Puerto Rico
Case No. 10-03169-EAG13
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| HERNAN A CRUZ SANCHEZ<br>BOX 8155<br>MAYAGUEZ PR 00681 | JONAYRA MARTINEZ VAZQUEZ<br>BOX 8155<br>MAYAGUEZ PR 00681 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/15/2014.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: BANCO POPULAR DE PUERTO RICO, BANKRUPTCY DEPARTMENT, PO BOX 366818, SAN JUAN PR 00936-6818 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD MN 56302 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/08/14                                          MARIA DE LOS ANGELES GONZALEZ, ESQ.
                                                         **CLERK OF THE COURT**