IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

HERNAN A CRUZ SANCHEZ

JONAYRA MARTINEZ VAZQUEZ

XXX-XX-5198

XXX-XX-2295

Debtor(s)

CASE NO. 10-03169 EAG

Chapter 13

FILED & ENTERED ON 10/23/2014

ORDER

Trustee's motion to modify (docket #154) is hereby granted. The Debtors to modify the plan accordingly within fourteen (14) days.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 23 day of October, 2014.

Edward A Godoy
U.S. Bankruptcy Judge