IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-03169 EAG

HERNAN A CRUZ SANCHEZ

Chapter 13

JONAYRA MARTINEZ VAZQUEZ

XXX-XX-5198

XXX-XX-2295

FILED & ENTERED ON 11/14/2014

Debtor(s)

O R D E R

Debtor is to show cause, in writing, within fourteen (14) days from notice of this order, as to why the instant case should not be dismissed for failure to comply with the Court's order (docket #156). Order due by 12/01/2014.

SO ORDERED.

Ponce, Puerto Rico, this 14 day of November, 2014.

Edward A Godoy
U. S. Bankruptcy Judge

C:  DEBTOR(S)
    GERARDO L SANTIAGO PUIG
    ALEJANDRO OLIVERAS RIVERA
    F/UP